**Order entered April 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00586-CR

**JOSE ANTONIO CERVANTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-76189-I**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**.  The State's brief,

received on April 5, 2019, is **ORDERED** filed as of the date of this order.


/s/      DAVID L. BRIDGES
PRESIDING JUSTICE